UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CANDIES GOODE-MCCOY,<br>   aka "Candies King Elliott,"<br>   aka "Candies Ecola Smith,"<br><br>    Defendant. | Case No. 2:25-cr-00006-JAD-NJK<br><br>ORDER |

IT IS HEREBY ORDERED that the Initial Appearance and Arraignment and Plea Hearing currently scheduled for January 21, 2025, be vacated and continued to February 13, 2025, at the hour of 2:00 p.m.

DATED this 17th day of January, 2025.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE