UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>CANDIES GOODE-MCCOY,<br>  aka "Candies King Elliott,"<br>  aka "Candies Ecola Smith,"<br><br>                    Defendant. | Case No. 2:25-cr-6-JAD-NJK<br><br>**Order Granting Stipulation to Extend Time to Amend Verified Petition for Permission to Practice Pro Hac Vice**<br><br>[ECF No. 9] |

IT IS HEREBY ORDERED that, with good cause appearing, the stipulation to extend time to amend Mr. Silver's verified petition for permission to practice pro hac vice **[ECF No. 9] is GRANTED**. Mr. Silver must file an amended petition in compliance with ECF No. 8 by February 11, 2025.

   DATED this 5th day of February, 2025.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE