**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00006-JAD-NJK |
| Plaintiff, | |
| v. | **Order** |
| CANDIES GOODE-MCCOY,<br>　aka "Candies King Elliott,"<br>　aka "Candies Ecola Smith," | |
| Defendant. | |

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for February 23, 2026, at 1:30 PM be continued to April 6, 2026, at 1:30 PM.

DATED this 8th day of January 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE