UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-cr-00006-JAD-NJK |
| Plaintiff, | **Order** |
| v. | |
| CANDIES GOODE-MCCOY,<br>  aka "Candies King Elliott,"<br>  aka "Candies Ecola Smith," | |
| Defendant. | |

IT IS HEREBY ORDERED that the [32] Motion to Withdraw is DENIED as moot and the [33] Amended Motion to Withdraw as counsel is GRANTED. Attorney's Jason M. Silver and Ric D. Hulshoff are Withdrawn from this case.

IT IS FURTHER ORDERED that this matter is referred to the CJA Resource Counsel for the immediate appointment of a CJA Panel Attorney for the Defendant.

DATED this 20th day of April, 2026.

_____
Jennifer A. Dorsey
United States District Judge