IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                ) Case No. 2:25-cr-00006-JAD-NJK
            Plaintiff,          )
                                )      ORDER TEMPORARILY
vs.                             )    UNSEALING PROCEEDING
                                )
CANDIES GOODE-MCCOY,            )
                                )
            Defendant.          )
_____ )

On April 29, 2026, this Court received a request from Amy Cleary, AFPD, for transcripts of the partially sealed hearings on February 13, 2025, Change of Plea and April 6, 2026, Sentencing.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearings shall be unsealed for the limited purpose of providing the transcripts as requested by Amy Cleary, AFPD. The original reporter notes shall thereafter be resealed, together with the certified copies of the transcripts, delivered to the Clerk pursuant to 28 USC § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Amber McClane, Federal Official Court Reporter, shall not disclose the contents of the transcripts of the sealed proceedings to anyone other than the parties or representatives of the parties directly concerned with this case.

**DATED** this 27th day of May, 2026.

_____
JENNIFER A. DORSEY
United States District Court Judge