**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

CANDIES GOODE-McCCOY,

      Defendant.

Case No. 2:25-cr-00006-JAD-NJK

**ORDER**

Based on the unopposed motion of Defendant Candies Goode-McCoy, and good cause appearing,

IT IS THEREFORE ORDERED that Ms. Goode-McCoy's self-surrender date to the Bureau of Prisons shall be extended until noon on Friday, September 4, 2026.

DATED this 22nd day of June 2026.

_____
UNITED STATES DISTRICT JUDGE

5